UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

### CIVIL MINUTES - GENERAL

| Case No. | CV 09-3458 CAS (CTx) | Date | June 9, 2009 |
|----------|----------------------|------|--------------|
| Title    | MARK MOORE v. FEDEX SMARTPOST, INC., ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|------------------------|---------------------|---|
| CATHERINE JEANG | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|-----------------------------------|-----------------------------------|
| Not Present | Not Present |

**Proceedings:**       **(In Chambers:) ORDER TO SHOW CAUSE RE: WHY ACTION SHOULD NOT BE REMANDED**

On November 20, 2008, plaintiff Mark Moore filed the instant civil action in Los Angeles County Superior Court against defendants FedEx SmartPost, Inc., and Does 1 through 10 alleging claims for: (1) unlawful discrimination; (2) termination in violation of public policy; (3) violation of the California Labor Code Private Attorney General Act of 2004; and (4) unfair competition.

Plaintiff, a former employee of defendant FedEx SmartPost, alleges that defendant discriminated and retaliated against him because of his religion. Compl. ¶ 10. Plaintiff further alleges that he was harassed, and ultimately forced to quit, because of his opposition to defendant's discriminatory and unlawful practices. Id.

On May 15, 2009, defendant filed a notice of removal on the basis of diversity jurisdiction. Pursuant to 28 U.S.C. §1446(b), "if the case stated by the initial pleading is not removable, a notice may be filed within thirty days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable." Defendant claims that removal is timely because it was filed within 30 days after defendant received plaintiff's Amended Response to Defendant's Special Interrogatories, Set One (the "Amended Response"). Notice of Removal ¶ 11. However, it appears to the Court that the Amended Response did not provide new information from which defendant could first ascertain that this case was removable. First, plaintiff identified his California citizenship in the Complaint filed November 20, 2008. Compl ¶ 2. Second, the Amended Response merely contains plaintiff's calculation of his lost

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-3458 CAS (CTx) | Date | June 9, 2009 |
|---|---|---|---|
| Title | MARK MOORE v. FEDEX SMARTPOST, INC., ET AL. | | |

wages.  Amended Response no. 1.  As plaintiff's employer, defendant ostensibly knew both plaintiff's salary and the date plaintiff terminated his employment, and could have immediately estimated plaintiff's lost wages.  Therefore, it appears to the Court that removal was untimely because plaintiff's Amended Response did not provide any information that was not readily available to defendant when this suit was filed.

Defendant is hereby ORDERED TO SHOW CAUSE on or before June 14, 2009, why the instant action should not be remanded for untimely removal.

IT IS SO ORDERED.

00 : 00

Initials of Preparer          CMJ